**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.:1:14-cv-1142 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-20, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT**

The undersigned counsel for Plaintiff certifies that this party is a non-governmental corporate party and does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

DATED: July 8, 2014                    Respectfully submitted,

Dallas Buyers Club, LLC,


By:    s/ Keith A. Vogt
       Keith A. Vogt (Bar No. 6207971)
       Takiguchi & Vogt, LLP
       1415 West 22nd Street,
       Tower Floor
       Oakbrook, IL 60523
       (630) 974-5707
       KVogt@takiguchiandvogt.com
       Attorney for Plaintiff