**Dallas Buyers Club**

| No | IP | HitDate UTC (mm/dd/yy) | File Hash | ISP | City | County |
|---|---|---|---|---|---|---|
| 1 | 50.4.190.175 | 3/1/14 01:31:30 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | WideOpenWest | Newburgh | Warrick |
| 2 | 71.57.97.204 | 2/28/14 07:19:15 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Indianapolis | Hamilton |
| 3 | 71.57.107.98 | 2/28/14 05:20:03 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Indianapolis | Hamilton |
| 4 | 67.177.183.103 | 2/28/14 03:56:54 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Muncie | Delaware |
| 5 | 98.157.193.195 | 2/28/14 01:00:20 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Time Warner Cable | Terre Haute | Vigo |
| 6 | 71.194.38.32 | 2/27/14 04:13:21 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Columbus | Bartholomew |
| 7 | 67.175.91.26 | 2/25/14 07:04:53 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Muncie | Delaware |
| 8 | 50.179.118.211 | 2/23/14 09:27:25 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Bloomington | Monroe |
| 9 | 68.54.209.221 | 2/23/14 09:14:52 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Indianapolis | Hamilton |
| 10 | 98.222.98.235 | 2/22/14 05:17:42 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Anderson | Madison |
| 11 | 73.50.104.185 | 2/21/14 11:04:51 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Anderson | Madison |
| 12 | 67.177.182.155 | 2/21/14 01:10:23 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Muncie | Delaware |
| 13 | 50.151.253.112 | 2/20/14 10:16:10 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Shelbyville | Shelby |
| 14 | 71.228.38.58 | 2/20/14 05:38:18 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Noblesville | Hamilton |
| 15 | 69.246.244.129 | 2/20/14 01:25:15 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Indianapolis | Hamilton |
| 16 | 68.58.88.88 | 2/19/14 01:17:20 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Muncie | Delaware |
| 17 | 98.223.221.57 | 2/19/14 12:07:49 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Fishers | Hamilton |
| 18 | 50.158.38.103 | 2/18/14 05:58:34 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Indianapolis | Hamilton |
| 19 | 50.165.251.127 | 2/17/14 03:43:26 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Kokomo | Howard |
| 20 | 96.27.128.212 | 2/16/14 02:44:25 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | WideOpenWest | Newburgh | Warrick |

**Exhibit B**