IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **DALLAS BUYERS CLUB, LLC** | : | Case No.: 1:14-cv-01142-WTL-MJD |
| Plaintiff, | : | |
| v. | : | |
| **DOE 1-20,** | : | |
| Defendants. | : | |

## NOTICE OF DISCLOSURE OF IDENTITY

Defendant John Doe #10, otherwise identified by Plaintiff Dallas Buyers Club, LLC as Doe subscriber assigned IP address 98.222.98.235 [CM/ECF 8], by undersigned counsel, hereby discloses his identity to the Court, and to Plaintiff by operation of the Court's electronic filing system, as Bermon Pritt.

Respectfully Submitted,

*/s/ Gabriel J. Quearry*
Gabriel J. Quearry, #30412-32
gq@quearrylaw.com
QUEARRY LAW, LLC
386 Meridian Parke Lane, Suite A
Greenwood, Indiana 46142
(317) 285-9896 (telephone)
(317) 534-3069 (facsimile)
*Attorney for Bermon Pritt*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties by operation of the Court's electronic filing system.

*/s/ Gabriel J. Quearry*
Gabriel J. Quearry