UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:14-cv-01142-WTL-MJD |
| | ) |
| DOES 1-20, | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT JOHN DOE #11

Comes now John F. Kautzman of the law firm of Ruckelshaus, Kautzman, Blackwell, Bemis & Hasbrook and enters his Appearance on behalf of DEFENDANT JOHN DOE #11, otherwise identified by Plaintiff Dallas Buyers Club, LLC as DOE SUBSCRIBER ASSIGNED IP ADDRESS 73.50.104.185.

        Respectfully submitted,

        RUCKELSHAUS, KAUTZMAN, BLACKWELL,
        BEMIS & HASBROOK

        /s/ John F. Kautzman
        John F. Kautzman, #5544-49
        RUCKELSHAUS, KAUTZMAN, BLACKWELL,
        BEMIS & HASBROOK
        107 N. Pennsylvania Street, Suite #900
        Indianapolis, IN 46204
        Telephone:  (317) 634-4356
        Fax:  (317) 634-8635
        jfk@rucklaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 10, 2014, I electronically filed the foregoing Appearance with the Clerk of the Court using CM/ECF and served on all counsel of record through the Court's electronic filing system.

                  By: S/ John F. Kautzman_____
                    John F. Kautzman, #5544-49