# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 1:14-cv-01142-WTL-MJD |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-20, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal without prejudice as to the Defendant identified in Plaintiff's Complaint as Doe # 10, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 98.222.98.235.

DATED:  October 30, 2014                Respectfully submitted,

Dallas Buyers Club, LLC,

By:     s/ Keith A. Vogt
        Keith A. Vogt (Bar No. 6207971)
        Takiguchi & Vogt, LLP
        1415 W. 22nd Street, Tower Floor
        Oak Brook, Illinois 60523
        (630) 974-5707
        Attorney for Plaintiff