IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 1:14-cv-01142-WTL-MJD |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-20, | ) |
| | ) |
| Defendants. | ) |

Approved on 11/03/14.
s/William T. Lawrence, Judge

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal without prejudice as to the Defendant identified in Plaintiff's Complaint as Doe # 10, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 98.222.98.235.

DATED:  October 30, 2014            Respectfully submitted,

Dallas Buyers Club, LLC,

By:    s/ Keith A. Vogt
       Keith A. Vogt (Bar No. 6207971)
       Takiguchi & Vogt, LLP
       1415 W. 22nd Street, Tower Floor
       Oak Brook, Illinois 60523
       (630) 974-5707
       Attorney for Plaintiff