# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 1:14-cv-01142 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Does 1-20, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to all remaining Defendants identified in Plaintiff's Complaint that have not already been dismissed. This terminates the matter.

DATED: January 5, 2015                    Respectfully submitted,

                                              Dallas Buyers Club, LLC,

                                              By:      s/ Keith A. Vogt
                                                        Keith A. Vogt (Bar No. 6207971)
                                                        Takiguchi & Vogt, LLP
                                                        1415 W. 22nd Street, Tower Floor
                                                        Oak Brook, Illinois 60523
                                                        (630) 974-5707
                                                        KVogt@takiguchiandvogt.com
                                                        Attorney for Plaintiff