IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

Approved on 1/06/15.
s/William T. Lawrence,
Judge

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 1:14-cv-01142 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Does 1-20, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to all remaining Defendants identified in Plaintiff's Complaint that have not already been dismissed. This terminates the matter.

DATED: January 5, 2015          Respectfully submitted,

                                Dallas Buyers Club, LLC,

                        By:     s/ Keith A. Vogt
                                Keith A. Vogt (Bar No. 6207971)
                                Takiguchi & Vogt, LLP
                                1415 W. 22nd Street, Tower Floor
                                Oak Brook, Illinois 60523
                                (630) 974-5707
                                KVogt@takiguchiandvogt.com
                                Attorney for Plaintiff